[No. 6177–1.   Division One.   November 13, 1978.]

MILTON E. OESTREICH, ET AL, *Appellants,* v. OCEAN SHORES ESTATES, INC., ET AL, *Defendants,* THE BANK OF CALIFORNIA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 754489, Horton Smith, J., entered November 28, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Dore, JJ.

[No. 3110–2.   Division Two.   November 15, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD A. OUELLETTE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–43, John W. Schumacher, J., entered October 12, 1977. *Reversed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2357–3.   Division Three.   November 16, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES CLYDE JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 4437, Fred R. Staples, J., entered April 6, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Roe, JJ.